FLN (Rev. 4/2004) Deficiency Order                                                                                              Page 1 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

STEACYANNE REIGHN

      vs                                                                            Case No. 3:08cv505/RV/EMT

WALTER A. MCNEIL

---

## ORDER

Petitioner's **LETTER TO THE CLERK OF COURT**, received by the clerk on December 15, 2008, was referred to the undersigned with the following deficiencies:

    The document is not in proper form. Petitioner is advised that she should not address or present to the court in the form of a letter or the like any application requesting relief, citing authorities, or presenting arguments. *See* N.D. Fla. Loc. R. 7.1(F)(1). Petitioner should file a pleading or motion with a title. Fed. R. Civ. P. 7(b). The title of the motion shall include a clear, concise and specific description of the motion and the filing party. *See* Fed. R. Civ. P. 7(b)(2), 10(a); N.D. Fla. Loc. R. 5.1(B)(2). The body of the motion shall state with particularity the grounds for the request and shall set forth the relief or order sought. *See* Fed. R. Civ. P. 7(b). <u>For example, if Petitioner desires additional time to comply with a court order, she should file a Motion for Extension of Time, including the basis for her request and the amount of additional time sought</u>.

    The document is not properly captioned for this court. Every paper filed after the petition must have the name of this court. The names of the parties (the style of the case) shall be clearly set forth in the upper left-hand corner on the first page of all pleadings, motions, briefs, applications, and other papers tendered for filing. To the right of the style shall be the case number, including judges' initials, if a case number and a judge or judges have been assigned. *See* N.D. Fla. Loc. R. 5.1(B)(1).

    The first page of the document does not have a bottom margin of at least two (2) inches as required by Rule 5.1(B)(3) of the Local Rules of the Northern District of Florida.

FLN (Rev. 4/2004) Deficiency Order                                                                                        Page 2 of 2

For these reasons, it is **ORDERED** that:

>  The clerk shall file the document as a Motion for Extension of Time, but no further pleadings will be accepted unless they comply with the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Florida.

**DONE AND ORDERED** this 16th day of December 2008

                             /s/ *Elizabeth M. Timothy*
                             **ELIZABETH M. TIMOTHY**
                             **UNITED STATES MAGISTRATE JUDGE**

Case No. 3:08cv505/RV/EMT