IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEACYANNE REIGHN,
    Petitioner,

vs.                        Case No. 3:08cv505/RV/EMT

WALTER A. MCNEIL,
    Respondent.
_____/

## ORDER

Petitioner has filed an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, as well a motion to proceed in forma pauperis (Docs. 5, 12).

Petitioner failed to provide the requisite supporting documentation for her motion to proceed in forma pauperis, specifically, <u>a prisoner consent form and financial certificate with an attached certified copy of her trust fund account statement</u>. Therefore, the motion will be denied without prejudice to Petitioner's refiling a complete motion with the required supporting documentation.

Accordingly, it is **ORDERED**:

1.    Petitioner's motion to proceed in forma pauperis (Doc. 12) is **DENIED** without prejudice.

2.    The clerk shall send Petitioner a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.

3.    Within **THIRTY (30) DAYS** from the date of docketing of this order Petitioner shall (1) pay the $5.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite <u>prisoner consent form and financial certificate, including an attached computer printout of the transactions in her prison account</u>.

4.    Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 19th day of February 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**