IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEACYANNE REIGHN,
    Petitioner,

vs.                            Case No. 3:08cv505/RV/EMT

WALTER A. McNEIL,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 22, 2009 (Doc. 28). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (Doc. 22) is **GRANTED**.

3. The amended petition for writ of habeas corpus (Doc. 5) is **DISMISSED** with prejudice as untimely.

**DONE AND ORDERED** this 30th day of October, 2009.

                                      /s/ _Roger Vinson_
                                      **ROGER VINSON**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**